ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant*
*Walmart, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MADELINE MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation; DOE INDIVIDUALS I - X; and ROE LEGAL ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01065-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DATE FOR DEFENDANT WALMART TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER FOR AN ADJUDICATION AS TO LIABILITY OR IN THE ALTERNATIVE, FOR ADVERSE PRESUMPTION OR INFERENCE DUE TO DEFENDANT'S SPOLIATION OF EVIDENCE RELATING TO THE SUBJECT ACTION** |

IT IS HEREBY STIPULATED by Defendants WALMART, INC. ("Defendant"), by and through counsel of record, Timothy Kuhls. Esq. of PHILLIPS, SPALLAS & ANGSTADT, and Plaintiff MADELINE MARTINEZ ("Plaintiff"), by and through her counsel of record, J. Taylor Oblad, Esq. of the ERIC ROY LAW FIRM ("Plaintiff"), (collectively, the "Parties"), hereby stipulate and request that the Court approve their request to extend the existing case deadline

/ / /

/ / /

/ / /

for Defendant Walmart to File an Opposition to Plaintiff's Motion to Strike Defendant's Answer for an Adjudication as to Liability or in the Alternative, for Adverse Presumption or Inference Due to Defendant's Spoliation of Evidence Relating to the Subject Action, making the new date for said Opposition June 30, 2021.

DATED this 23rd day of June, 2021.

**ERIC ROY LAW FIRM**

*Please see attached.*

_____
J. TAYLOR OBLAD, ESQ.
Nevada Bar No. 11430
ERIC ROY, ESQ.
Nevada Bar No. 11869
703 Eighth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*MADELINE MARTINEZ*

DATED this 23rd day of June, 2021.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

*/s/ Timothy D. Kuhls, Esq.*

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, NV 89101

*Attorneys for Defendant*
*Walmart, Inc.*

**IT IS SO ORDERED:**

The terms of the above Stipulation and Order, between Defendant Walmart and Plaintiff Madeline Martinez, to Extend the Date for for Defendant Walmart to File an Opposition to Plaintiff's Motion to Strike Defendant's Answer for an Adjudication as to Liability or in the Alternative, for Adverse Presumption or Inference Due to Defendant's Spoliation of Evidence Relating to the Subject Action, making the new due date for said Opposition June 30, 2021, shall hereby be the ORDER of this Court.

DATED this 24th day of June 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

# Amanda R. McCarty

| | |
|---|---|
| **From:** | Amanda R. McCarty |
| **Sent:** | Wednesday, June 23, 2021 3:46 PM |
| **To:** | Timothy Kuhls; taylor@ericroylawfirm.com |
| **Cc:** | Joshua J. Kephart; Stephanisia Millwee; Jennifer Pascual; eric@ericroylawfirm.com |
| **Subject:** | RE: WMNF Martinez, M. - Extension to File Opposition to PL Motion to Strike |
| **Attachments:** | 2021-06-23 SAO to Extend Opp date for MTN to Strike DRAFT.pdf |

Dear Mr. Oblad,

It was a please speaking with you, and we appreciate the courtesy extension of one (1) week to file an Opposition to the Motion to Strike. I have attached a draft of a Stipulation and Order, between Defendant Walmart and Plaintiff Madeline Martinez, to Extend the Date for for Defendant Walmart to File an Opposition to Plaintiff's Motion to Strike Defendant's Answer for an Adjudication as to Liability or in the Alternative, for Adverse Presumption or Inference Due to Defendant's Spoliation of Evidence Relating to the Subject Action, making the new due date for said Opposition June 30, 2021. If you could, please advise if you have any proposed changes or alternatively, whether we may use your electronic signature to submit this to the Court for the Judges signature and filing.

Should you have any questions, please contact me at (702) 608-4921.


**From:** Timothy Kuhls <tkuhls@psalaw.net>
**Sent:** Monday, June 21, 2021 5:44 PM
**To:** taylor@ericroylawfirm.com
**Cc:** Amanda R. McCarty <amccarty@psalaw.net>; Joshua J. Kephart <jkephart@psalaw.net>; Stephanisia Millwee <Stephanisia@ericroylawfirm.com>; Jennifer Pascual <Jennifer@ericroylawfirm.com>
**Subject:** WMNF Martinez, M. - Extension to File Opposition to PL Motion to Strike

Evening Taylor,

Hope this email finds you well. I'm asking for your professional courtesy in responding to the Motion to Strike in Madeline Martinez. The Motion was filed on the 9th and the Opposition is due June 23, 2021. Do you mind if I have a **one week extension until the 30th to respond**? Unfortunately, I've been in and out of the hospital dealing with a medical issue the past two weeks.

Kindest regards,

**Timothy Kuhls**
Partner

tkuhls@psalaw.net
702-938-1510 ext. 214

1